**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, et al.,

                Petitioner,                    25 **CIVIL** 2567 (VSB)

        -against-                          **JUDGMENT**

MAC INSTALLATIONS LLC.,

                Respondent.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 15, 2025, Petitioner's motion is GRANTED. Judgment is entered in favor of Petitioner and against Respondent as follows: (1) The December 4, 2024 Award is confirmed in all respects; (2) Petitioners are awarded $83,440.24, plus interest at an annual rate of 10.5% from December 4, 2024 through the date judgment is entered totaling to $3,888.54 in total interest; (3) Petitioners are awarded $151.60 in costs arising out of this proceeding; and (4) Petitioners are awarded $1,607 in attorneys' fees arising out of this proceeding. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full.

**Dated**: New York, New York
        May 15, 2025

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                    **BY:**

                                        _____
                                        **Deputy Clerk**